B20A (Official Form 20A) (Notice of Motion or Objection) (12/10)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

In re:   Fortina Harris                                   Case No. 14-33092
                                                          Chapter 13
                                                          Judge Daniel S. Opperman

Address:  711 W Ridgeway Ave
          Flint, MI  48505

Social Security#: xxx-xx-9084

_____ Debtor(s)____ /


### CHAPTER 13 TRUSTEE'S NOTICE OF PROPOSED POST CONFIRMATION PLAN MODIFICATION

The Chapter 13 Standing Trustee, Carl L. Bekofske, has filed papers with the court to modify the Chapter 13 plan by providing notice that a post-petition proof of claim has been filed with the court and to allow for the administration of the post-petition proof of claim via the Chapter 13 plan.  The modification shall become effective when the court enters an order approving the plan modification and will cause no adverse impact to the creditors.

1. To allow for the payment of all duly filed claims per the terms of the confirmed Chapter 13 plan and for the administration, by the Trustee, of the post-petition claim filed by Genesee County Treasurer in the amount of $935.75 representing tax year 2015 concerning the real property located at 711 W Ridgeway; Flint, MI and parcel number 46-26-481-030 as identified by Claim# 14 pursuant to the Court's Claims Register.

2. In all other respects the plan and Order Confirming Plan as last modified remains in full force and effect.


**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case (if you do not have an attorney, you may wish to consult one).**

If you want the court to consider your views on the modification; within 21 days, (then on or before November 9, 2016) you or your attorney must:

**File with the court a written response or answer, explaining your position at:**\*

        UNITED STATES BANKRUPTCY COURT
        226 W. Second Street
        Flint, Michigan 48502

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to:

        Carl L. Bekofske
        Standing Chapter 13 Trustee
        400 N. Saginaw Street, Suite 331
        Flint, MI 48502

**If a response or answer is timely filed and served, the clerk will schedule a hearing on the matter and you will be notified as to the time and date of the hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the modification and may enter and order granting that relief.

Dated: October 19, 2016　　　　　　　　　　/s/ Carl L. Bekofske
                                                               Carl L. Bekofske (P10645)
                                                              Chapter 13 Trustee
                                                              400 N. Saginaw St., Ste. 331
                                                              Flint, MI 48502
                                                              810.238.4675
                                                              ECF@flint13.com

*\*Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

IN RE: Fortina Harris  Case No. 14-33092
 Chapter 13
 Judge Daniel S. Opperman

    Debtor(s)
_____/

**ORDER MODIFYING CHAPTER 13 PLAN**

**IT IS HEREBY ORDERED** that the Chapter 13 Trustee is authorized to pay the post-petition Proof of Claim of <u>Genesee County Treasurer</u> in the amount of <u>$935.75</u> as identified as <u>claim# 14</u> pursuant to the Court's Claims Register.

**IT IS FURTHER ORDERED** that in all other respects the Plan and Order Confirming Plan as last modified remains in full force and effect.

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:  Fortina Harris   Case No. 14-33092
Chapter 13
Judge Daniel S. Opperman

     Debtor(s)
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2016; I served the following paper:

**Chapter 13 Trustee's Notice of Proposed Post Confirmation Plan Modification with proposed Order Modifying Chapter 13 Plan**

On the following parties at these addresses by the United States Postal Service:

    Fortina Harris
    711 W Ridgeway Ave
    Flint, MI  48505

And the following parties were served by electronic mail notice (ECF System):

    abueitalaw@gmail.com

    /s/ Tenee Smith
    Chapter 13 Trustee's Office
    400 N. Saginaw St, Suite 331
    Flint, MI  48502
    Ph: (810) 238-4675
    Email: tsmith@flint13.com